Michael J. O'Connor – Admitted *Pro Hac Vice*
moconnor@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
201 East Washington Street – 11th Floor
Phoenix, AZ   85004-2358
Telephone:  (602) 262-5889
Facsimile:  (602) 495-2645

Robert A. Goldstein (NV Bar #5001)
rgoldstein@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
8330 West Sahara Avenue, Suite 290
Las Vegas, NV   89117-8949
Telephone:  (702) 227-0700
Facsimile:  (702) 227-0799

Attorneys for Defendant Synthes USA Sales, LLC, identified as Synthes, (USA) in the caption

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARLENE BALLARD, | Case No. 2:09-cv-01448-PMP-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT SYNTHES USA SALES, LLC**[1] |
| SYNTHES, (USA), | |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant Synthes USA Sales, LLC, by and through their counsel of record, that all of Plaintiff's claims against Defendant Synthes USA Sales, LLC are hereby dismissed with prejudice, in exchange for Synthes USA Sales, LLC's waiver of its right to collect costs and fees from Plaintiff in the above-captioned matter.

---

[1] Identified as Synthes, (USA) in the caption.

3711551v1(42344.174)

DATED this 21st day of December, 2010.

          JENNINGS, STROUSS & SALMON, P.L.C.

          By: _____/s/ Michael J. O'Connor_____
              Michael J. O'Connor
              One East Washington Street, Suite 1900
              Phoenix, AZ    85004-2554

              Robert A. Goldstein
              8330 West Sahara Avenue, Suite 290
              Las Vegas, NV    89117-8949

              Attorneys for Defendant

          LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

          By: _____/s/ Michael F. Bohn_____
              Michael F. Bohn
              1880 East Warm Springs Road, Suite 110
              Las Vegas, NV    89119
              Attorneys for Plaintiff

IT IS SO ORDERED THIS _ 20th day of December, 2010.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF MAILING**

☒ I hereby certify that on December 21, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael F. Bohn – mbohn@bohnmorris.com

☐ I hereby certify that on December 21, 2010, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

By  /s/ K. C. Rusboldt

3711551v1(42344.174)                - 3 -